|   |   |   |   |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan E. Fairchild | Telephone: (313) 226-9577 |
| | Agent: Austin Feldman | Telephone: (734) 676-2972 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Marco Tulio GEORGE-TORRES

Case No.   Case: 2:23-mj-30483
Assigned To : Unassigned
Assign. Date : 12/6/2023
CMP USA V GEORGE-TORRES (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 3, 2023 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a),(b)(1) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about December 3, 2023, in the Eastern District of Michigan, Southern Division, Marco Tulio GEORGE-TORRES, an alien from Honduras, who had previously been convicted of a felony offense, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about JMay 24, 2013, at or near San Antonio, Texas and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(1).

☑ Continued on the attached sheet.

_____
Complainant's signature

Austin Feldman, U.S. Border Patrol
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 6, 2023

_____
Judge's signature

City and state: Detroit, MI

Anthony P. Patti, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Austin J. FELDMAN, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Marco Tulio GEORGE-TORRES, which attests to the following:

2. GEORGE-TORRES is a 49-year-old male, native and citizen of Honduras, who last entered the United States at an unknown place, on an unknown date without being admitted, inspected or paroled by an Immigration Officer.

3. On March 29, 2004, GEORGE-TORRES was arrested by Santa Fe County Sheriff's Department and was charged with Possession of Controlled Substance. He was convicted and sentenced to one year probation. He was successfully discharged from probation.

4. On December 31, 2004, GEORGE-TORRES was arrested in Walbridge, Ohio by local police and was charged with Driving Under the Influence of Alcohol, a misdemeanor offense. This case was dismissed on January 4, 2005.

5. On August 9, 2008, GEORGE-TORRES was encountered by Miami Dade County Sheriff's Department and was charged with Driving Under the Influence. Disposition is unknown. Records checks reflect that a warrant for his arrest was issued on January 12, 2010.

6. On February 11, 2012, GEORGE-TORRES was arrested by Livingston County Sheriff's Department for Assault Excluding Sexual, and Operating While Intoxicated. Both listed as misdemeanor offenses. GEORGE-TORRES was convicted of Domestic Violence and was sentenced to 18 months' probation and a $355 fine.

7. On February 13, 2012, GEORGE-TORRES was arrested by Livingston County Sheriff's Department for Retail Fraud-First Degree and Stolen Property-Receiving/Concealing less than $20,000, felony offenses. GEORGE-TORRES was convicted and was sentenced on both charges on December 12, 2012, to 24 months' probation, concurrent.

8. On May 22, 2012, GEORGE-TORRES was arrested by Detroit Station Border Patrol for Alien Present Without Admission or Parole. This resulted in a voluntary return. GEORGE-TORRES departed the United States out of the Miami, FL port on July 2, 2012.

9. On April 25, 2013, GEORGE-TORRES was arrested by Falfurrias Border Patrol for Immigrant Without an Immigrant Visa and Alien Inadmissibility Under Section 212. This resulted in an Expedited Removal Order issued on April 29, 2013. GEORGE-TORRES departed the United States out of San Antonio, Texas on May 24, 2013.

10. On August 21, 2013, GEORGE-TORRES was arrested at the Port of Entry McAllen, Texas. He was charged with Unlawful Entry, in violation of 8 USC §1325. He was sentenced to 30 days' custody. GEORGE-TORRES departed the United States out of Harlingen, Texas on September 25, 2013.

11. On August 4, 2015, GEORGE-TORRES was arrested by Agents from the Marysville, MI, Border Patrol station. He was removed from the United States out of New Orleans, LA on December 29, 2015.

12. On January 14, 2018, GEORGE-TORRES was arrested by Agents at the Swanton, VT, Border Patrol Station. GEORGE-TORRES was removed from the United States out of Alexandria, LA on July 19, 2018.

13. On December 3, 2023, at approximately 8:00 am, CBP Gibraltar Station was contacted by the Melvindale Police Department for assistance with identifying a subject they had encountered on a vehicle stop near Oakwood Blvd and Schaefer Hwy. Due to the subject being intoxicated, Melvindale Police retained custody of the subject on charges of OWI. Agents completed a I-247 detainer and submitted it to the Dearborn Police Department, where GEORGE-TORRES was being held. On December 4, 2023, Border Patrol Agent Renaud was dispatched to the Dearborn Police Department to take GEORGE-TORRES into custody. Immigration and records checks revealed that GEORGE-TORRES is a Honduran National, illegally present in the United States.

14. GEORGE-TORRES's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that GEORGE-TORRES is a citizen of Honduras who has been previously removed from the United States. The record checks did not provide any evidence that GEORGE-TORRES legally entered the

United States or had been issued any legal immigration document allowing him to enter or remain in the United States.

15. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

16. Review of the Alien File (A# XXX XXX 255) for Marco Tulio GEORGE-TORRES and queries in U.S. Border Patrol computer databases confirm no record exists of him obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after removal from the United States on May 24, 2013.

17. Based on the above information, I believe there is probable cause to conclude that Marco Tulio GEORGE-TORRES is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Austin J. Feldman, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti   December 6, 2023
United States Magistrate Judge

3